RECEIVED
9/26/2022

Clerk, U.S. Courts
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHIYU ZHONG,**<br><br>Defendant. | **VIOLATION:**<br>E1383657<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $170 fine and $30 processing fee for violation E1383657 (for a total of $200), and for good cause shown, **IT IS ORDERED** that the $200 fine paid by the defendant is accepted as a full adjudication of violation E1383657.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, or October 6, 2022, is **VACATED**.

DATED this 6th day of December, 2022.

_____
John Johnston
United States Magistrate Judge